

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2020

No. 04-20-00576-CV

**In re** Lucas Jeffrey **BURWITZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Rebeca C. Martinez, Justice, dissenting
    Luz Elena Chapa, Justice
    Irene Rios, Justice

On November 30, 2020, relator filed a petition for a writ of mandamus. We conditionally grant the petition for a writ of mandamus in part. We order the Honorable Mary Lou Alvarez to, by 10:00 a.m. on December 11, 2020, vacate the oral order rendered November 17, 2020 that requires amicus attorney Patricia DeVeau to prepare a written report to be admissible at trial that summarizes her work, impressions, observations and recommendations, e-file the report, and circulate it to all of the attorneys and litigants. *See* Tex. R. App. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order. All other relief requested in the petition is denied. The court's opinion will follow.

It is so **ORDERED** on December 10, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-EM5-02653, styled *In the Interest of M.I.J.B., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez, presiding.